JULES JACOBS et al., Respondents, *v.* HENRY HARMELING, Appellant.

Supreme Court, Appellate Term, First Department, November 9, 1943.

*David Groberg* for appellant.

*Bernard Jacobson* and *Frederick Silver* for respondents.

MEMORANDUM *Per Curiam.* Plaintiffs were not entitled to recover on the second cause of action.

Judgment reversed, judgment directed in favor of plaintiff Jules Jacobs on the first cause of action, and case remitted to the court below for the assessment of damages.

SCHMUCK, McLAUGHLIN and HECHT, JJ., concur.